UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| MARCUS K. SULLIVAN, | ) Case No. 09-44079-659 |
| | ) Judge Kathy A. Surratt-States |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| RAYMOND HOWARD, | ) **Adversary No. 09-4123-659** |
| | ) |
| | ) **PUBLISHED** |
| Plaintiff, | ) |
| | ) |
| -v- | ) |
| | ) |
| MARCUS K. SULLIVAN, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## O R D E R

The matter before the Court is Motion of Creditor Raymond Howard's Objection to Discharge of Creditor's Attorney Fees, which was filed as the Adversary Complaint. For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested by Plaintiff in the Adversary Complaint is GRANTED and judgment is entered in favor of Plaintiff Raymond Howard and against Defendant Marcus K. Sullivan in that the debt owed by Defendant to Plaintiff in the amount of $889.00 is NOT DISCHARGEABLE in the Bankruptcy Case pursuant to 11 U.S.C.§ 523(a)(5); and this is a final judgment and Order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: February 22, 2010
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Marcus K Sullivan
6014 Harney
Saint Louis, MO 63136

Raymond Howard
7912 Bonhomme, Suite 104
Saint Louis, MO 63105